No. 165, Misc. PATTERSON v. VIRGINIA ELECTRIC & POWER Co. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 168, Misc. TURNER, ADMINISTRATOR, v. HIWASSEE LAND Co. C. A. 6th Cir. Certiorari denied. *Harold Herbert Gearinger* for petitioner. *Lawrence N. Spears* for respondent.

No. 169, Misc. BARAN v. MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 171, Misc. DUNKLE v. CAVELL, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 173, Misc. JACKSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 179, Misc. STUMP v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 181, Misc. GRANIERI v. CALIFORNIA. Appellate Department of the Superior Court of California, County of San Diego. Certiorari denied.

No. 183, Misc. WRIGHT v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 188, Misc. BAKER v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 189, Misc. CORONADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Clyde W. Woody* and *Carl E. F. Dally* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.